**Order entered November 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01655-CV

**ROBERT COLE, Appellant**

**V.**

**GWENDOLYN PARKER, INC., CRF, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00513-D**

## ORDER

We **GRANT** appellant's November 5, 2014 motion for extension to file reply brief and **ORDER** the brief be filed no later than December 31, 2014. No further extensions will be granted absent exigent circumstances.

/s/     ADA BROWN
JUSTICE